# EXHIBIT "1"

| SoldTo Name | Contract No | Unit Number | Unit Type | DV Amount |
|---|---|---|---|---|
| AFCO Holdings, LLC | 112056 | SEGU9068530 | RW4C-PL | $15,840.00 |
| AFCO Holdings, LLC | 128079 | SEGU5190936 | BW4 | $3,400.00 |
| AFCO Holdings, LLC | 129760 | CXRU1593550 | RW4C-PL | $18,480.00 |
| AFCO Holdings, LLC | 129760 | CXRU1593647 | RW4C-PL | $18,480.00 |
| AFCO Holdings, LLC | 180580 | GESU9340500 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9340876 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9340916 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341168 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341342 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341384 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341487 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341553 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341609 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341620 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341635 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341701 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341738 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341743 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341888 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341893 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341954 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9341996 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342098 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342190 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342272 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342293 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342457 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9342652 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343005 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343047 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343290 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343319 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343453 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343670 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343685 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343725 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9343978 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344017 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344022 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344110 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344233 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344260 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344280 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344296 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344531 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 | GESU9344568 | RW4CK | $10,560.00 |

| | | | |
|---|---|---|---|
| AFCO Holdings, LLC | 180580 GESU9344681 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9344700 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9344721 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9344790 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9344871 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9344974 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345013 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345029 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345034 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345142 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345190 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345224 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345250 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9345292 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9361170 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9365431 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9366206 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9369972 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9374726 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9374752 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9374829 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9374921 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9375384 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9375532 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9375785 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9375872 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9375975 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9378336 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378450 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378486 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378629 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378721 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378790 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378845 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378887 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9378995 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9379435 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9383482 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9383630 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9383883 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9384010 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9384196 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9384278 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9384323 | RW4CK | $10,560.00 |
| AFCO Holdings, LLC | 180580 GESU9413910 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9414109 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9414304 | RW4CK | $11,440.00 |

| | | | |
|---|---|---|---|
| AFCO Holdings, LLC | 180580 GESU9420328 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9420729 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9423230 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9435040 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9435415 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9435483 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9435570 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436160 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436176 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436453 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436495 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436540 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436690 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436807 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9436962 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9437573 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9438456 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9439072 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9439621 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9439642 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9439750 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9444340 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9444382 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9444398 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9444422 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 180580 GESU9444675 | RW4CK | $11,440.00 |
| AFCO Holdings, LLC | 181801 GESU9488544 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9488890 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9489900 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9490808 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9495040 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9495456 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9495986 | RW4C-PL | $17,400.00 |
| AFCO Holdings, LLC | 181801 GESU9497166 | RW4C-PL | $17,400.00 |